IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSAIAH ANDERSON, et al.,

      Plaintiffs,

  vs.                              CIV S-09-3380 JAM KJM PS

TREASURY BANK, et al.,

      Defendants.          <u>ORDER</u>

                                    /

          Plaintiffs have not paid the fee ordinarily required to file an action in this court, and have filed an incomplete application to proceed without prepayment of fees. Plaintiff Anderson indicates he receives income but does state the pay period. Plaintiff Shepard has not submitted an application at all.

          Plaintiffs will be provided the opportunity to submit other affidavits in support of a request to proceed in forma pauperis or the appropriate filing fee.

          In accordance with the above, IT IS HEREBY ORDERED that:

          1. Plaintiffs shall submit, within twenty-one days from the date of this order, either a completed application and affidavit in support of the request to proceed in forma pauperis for each plaintiff, on the form provided by the Clerk of Court, or the appropriate filing

/////

1

fee; plaintiffs' failure to comply with this order will result in a recommendation that this action be dismissed; and

     2.  The Clerk of the Court is directed to send each plaintiff a new Application to Proceed In Forma Pauperis used in pro se cases.

DATED: December 17, 2009.

006
anderson.inc

_____
U.S. MAGISTRATE JUDGE