IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSAIAH ANDERSON, et al.,

       Plaintiffs,

   vs.                                    CIV S-09-3380 JAM KJM PS

TREASURY BANK, et al.,

       Defendants.               ORDER

_____/

       Plaintiff is proceeding pro se. Plaintiff has filed an in forma pauperis affidavit in which he states that he is the only plaintiff in this action. The other named plaintiff shall therefore be stricken.

       Plaintiff states he is presently employed and that his net bi-weekly earnings are $1300.00.

       Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a). The amount of plaintiff's earnings shows that plaintiff is able to pay the filing fee and costs. Thus, plaintiff has made an inadequate showing of indigency. See Alexander v.

1

1  Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939
2  F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).
3  Plaintiff will therefore be granted twenty days in which to submit the appropriate filing fee to the
4  Clerk of the Court.  Plaintiff is cautioned that failure to pay the fee will result in a
5  recommendation that the application to proceed in forma pauperis be denied and the instant
6  action be dismissed without prejudice.
7         Accordingly, IT IS HEREBY ORDERED that:
8         1.  The Clerk of Court is directed to strike plaintiff Shepard from this action; and
9         2.  Within twenty days from the date of this order, plaintiff shall submit the
10 appropriate filing fee.
11 DATED: January 7, 2010.

_____
U.S. MAGISTRATE JUDGE

anderson.den