Case 2:09-cv-03380-JAM-KJM   Document 7   Filed 02/19/10   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSAIAH ANDERSON, et al.,

      Plaintiffs,                    No. CIV S-09-3380 JAM KJM PS

      vs.

TREASURY BANK, et al.,

      Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        By an order filed January 8, 2010, plaintiff was ordered to submit the appropriate filing fees. Plaintiff has not responded to the court's order and has not paid the appropriate filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

/////

/////

/////

1

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: February 19, 2010.

                                                      U.S. MAGISTRATE JUDGE

7  /ande3380.fifp